IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIWON WHITE,

    Petitioner,               No. 2:12-cv-0748 LKK EFB P

    vs.

RICK HILL,

    Respondent.             <u>ORDER</u>

                           /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner requests leave to proceed *in forma pauperis*. Dckt. No. 6. However, petitioner has already paid the $5.00 filing fee. Accordingly, his request to proceed *in forma pauperis* is denied as unnecessary.

So ordered.

Dated: July 9, 2012.                                          
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE